**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

ERICA M. THOMPSON,

      Plaintiff,

v.                                        Civil Action No. 2:20-cv-00532-RCY-DEM

WELLS FARGO BANK, N.A.,

      Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Erica M. Thompson and Defendant Wells Fargo Bank, N.A. (collectively referred to as the "Parties") by and through their respective counsel, hereby submit this Joint Notice of Settlement. The Parties have reached an agreement to settle the above-captioned matter in full and are in the process of finalizing the settlement papers and filing a stipulation of dismissal with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ *Leonard A. Bennett* <br> Leonard A. Bennett (VSB No. 37523) <br> Craig C. Marchiando (VSB No. 89736) <br> Drew D. Sarrett (VSB No. 81658) <br> Kevin A. Dillon (VSB No. 93475) <br> **CONSUMER LITIGATION ASSOCIATES, P.C.** <br> 763 J Clyde Morris Boulevard <br> Suite 1A <br> Newport News, VA 23601 <br> Tel: (804) 905-9900 \| (804) 905-9902 <br> Email: drew@clalegal.com <br> Email: craig@clalegal.com <br> Email: lenbennett@clalegal.com <br> Email: kevin@clalegal.com <br><br> Kristi C. Kelly (VSB No. 72791) <br> Andrew J. Guzzo (VSB No. 82170) | /s/ *Alexandria E. Cuff* <br> Alexandria Elizabeth Cuff (VSB No. 83785) <br> McGuireWoods <br> 800 East Canal Street <br> Richmond, VA 23219 <br> Telephone: (804) 775-1062 <br> Fax: (804) 698-2095 <br> Email: acuff@mcguirewoods.com <br><br> Alexander Martin Madrid (*Pro Hac Vice*) <br> Karla Lynn Johnson (*Pro Hac Vice*) <br> Kristopher Issac DeVyver (*Pro Hac Vice*) <br> McGuire Woods LLP (PA-NA) <br> 260 Forbes Ave <br> Suite 1800 <br> Pittsburgh, PA 15222 <br> Telephone: (412) 667-6000 |

Casey Shannon Nash (VSB No. 84261)
James Patrick McNichol (VSB No. 92669)
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572 – Telephone
(703) 591-0167 – Facsimile
Email: aguzzo@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: kkelly@kellyguzzo.com

*Attorneys for Plaintiff Erica M. Thompson*

Fax: (412) 667-7950
Email: amadrid@mcguirewoods.com
Email: kdevyver@mcguirewoods.com
Email: kjohnson@mcguirewoods.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*