IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| ERIKA M. THOMPSON, *individually and on behalf of those similarly situated*,<br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br>    Defendants. | Civil Action No. 2:20CV532 (RCY) |

# FINAL ORDER

This matter is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (ECF No. 56), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It appearing to the Court that all matters of controversy in this action have been settled, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. The Court shall, however, retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement, if necessary.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

                                                           /s/
                                                           Roderick C. Young
                                                           United States District Judge

Richmond, Virginia
Date: January 6, 2022